# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **STATE FARM FIRE AND** | ) |
| **CASUALTY COMPANY,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **vs.** | )    **CIVIL ACTION NO 08-0193-KD** |
| | ) |
| **JOHN AGEE and** | ) |
| **SHANITA SHAMBURGER,** | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

On June 30, 2009, this action came before the Court for jury selection and trial before the undersigned. After jury selection, the parties notified the Court that this case had settled but that additional time would be necessary to complete the settlement agreement documents. Accordingly, it is **ORDERED** that the above-styled action be **DISMISSED with prejudice** from the active docket of this Court subject to the right of any party to reinstate the action within thirty (30) days of the date of this order should the settlement agreement not be consummated.

No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Rule 58, Federal Rules of Civil Procedure.

Each party shall bear their own costs unless otherwise agreed by the parties.

**DONE** and **ORDERED** this the **30th** day of **June 2009.**

                                                       /s/ Kristi K. DuBose
                                                    **KRISTI K. DuBOSE**
                                                    **UNITED STATES DISTRICT JUDGE**